**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Curtis Al'Shahid**,
    Plaintiff(s),

    **-vs-**                               **CASE NO. 1:07-cv-504**
                                               Judge Michael R. Barrett

**Warden, Pickaway Correctional Institution,**
    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

**THAT** the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 27) and **DENIES** the Petitioner's requests for relief. A certificate of appealability will not issue with respect to the various grounds alleged. The Court certifies that an appeal of this Order would not be taken in good faith and therefore **DENIES** Petitioner leave to appeal *in forma pauperis* upon showing of financial necessity. The matter is now **DISMISSED** and **TERMINATED** from the docket of this Court.

Date: May 28, 2009                               **JAMES BONINI, CLERK**

                                                            By: /s/ M. Rogers
                                                               Deputy Clerk